**No. 63762.**—Criterion Bead & Novelty Corp. et al. *v.* United States, protests 59/14281(B), etc. (New York, Los Angeles, and Cleveland).

Opinion by OLIVER, C. J.   The protests were dismissed.

**No. 63763.**—Miya Co., Inc. *v.* United States, protests 58/20360, 58/23877, and 58/24651 (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, FEBRUARY 1, 1960

**No. 63764.**—W. A. Taylor & Co. *v.* United States, protest 181749–K/14060 (New Orleans).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.